1050

[No. 24728-7-III.   Division Three.   January 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE JAMES PLANK III, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 05-1-01206-5, Salvatore F. Cozza and Neal Q. Rielly, JJ., entered November 28 and 29, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kato, JJ.


[No. 24832-1-III.   Division Three.   January 23, 2007.]

CLAUDE EDLIN ET AL., *Respondents*, v. DYLAN SEDLACEK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-02981-8, Linda G. Tompkins, J., entered December 21, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.


[No. 25485-2-III.   Division Three.   January 23, 2007.]

DAVID DIXON ET AL., *Appellants*, v. EMPIRE HEALTH SERVICES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-06684-7, Jerome J. Leveque, J., entered November 28, 2005. *Affirmed* by unpublished opinion per Kato, J., concurred in by Sweeney, C.J., and Brown, J.


[No. 24261-7-III.   Division Three.   January 25, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TONIA KAY McNEELY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01398-8, Cameron Mitchell, J., entered June 24, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kulik, J.